AO 440 (Rev. 12/09) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2012 JUN 19 A 9: 32

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

360 Painting, Inc. )
)
*Plaintiff* )
)
v. ) Civil Action No. 1:12cv571
)
The Marka Group, Inc t/a 360 Painting, et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Soeder
139 Tanglewood Trail
Louisville, KY 40223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nathan D. Baney, Esq
Redmon, Peyton & Braswell LLP
510 King Street, Suite 301
Alexandria, Virginia 22314
nbaney@rpb-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: May 25, 2012

Kathryn M. Stasko
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael Soeder
was received by me on *(date)* 06/04/2012 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Amy Soeder, wife
_____ , a person of suitable age and discretion who resides there,
on *(date)* 06/06/2012 , and mailed a copy to the individual's last known address; or
at 12:38 p.m.

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Service was completed at 139 Tanglewood Trail, Louisville, Kentucky 40223.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/06/2012

*Phyllis Sabol*
Server's signature

Phyllis Sabol , Private Process Server
Printed name and title
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Server's address

Additional information regarding attempted service, etc:
* with Notice and Complaint for Damages and Injunctive Relief